In the Matter of the Claim of HOWARD HUMPHREY, Respondent, against TIETJEN & STEFFIN MILK CO., INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued January 10, 1933; decided January 24, 1933.)

*Robert E. Dineen* for appellants.

*R. S. Johnson* and *Smith Johnson* for respondent.

*John J. Bennett, Jr., Attorney-General,* for State Industrial Board, respondent.

Order affirmed, with costs, and questions certified answered in the affirmative. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.